1008

[No. 5403–5–II.  Division Two.  October 11, 1982.]

CRYSTAL MOUNTAIN, INC., *Respondent,* v. WARD
W. MEEKS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 158253, James P. Healy, J., entered March 10, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Cochran, J. Pro Tem.

[No. 5256–3–II.  Division Two.  October 11, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
EVERETT HAWKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3590, Jay W. Hamilton, J., entered December 22, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 5941–0–II.  Division Two.  October 11, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
OLIVER SNOW, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–270, John H. Kirkwood, J., entered November 13, 1981. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Worswick, JJ.

[No. 5043–2–III.  Division Three.  October 12, 1982.]

MEADOW SPRINGS DEVELOPMENT CORPORATION, ET AL,
*Respondents,* v. COLUMBIA DYNAMICS, INC.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 81–2–01309–8, Yancey Reser, J., entered February 23, 1982. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.